IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01588-WYD-KMT

JOSHUA PAUL TILATITSKY,

    Plaintiff,

v.

MEDICREDIT, INC.,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    This matter comes before the Court upon review of the file.  It appears that prior to this case being transferred to me, a motion to dismiss for improper venue was filed. (ECF No. 8).  Based on my review, the motion was never fully briefed nor addressed. Since this case is currently proceeding through the appropriate pretrial procedures, I deny the motion without prejudice (ECF No. 8) with leave to refile should the Defendant continue to seek the requested relief.

    Dated:  April 13, 2016